UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMUEL LENOROWITZ,<br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>MOSQUITO SQUAD FRANCHISING, LLC;<br>MOSQUITO SQUAD OF FAIRFIELD AND WESTCHESTER COUNTY; and JOHN DOES 1-25,<br><br>       Defendants. | Case No.: 3:20-cv-01922-OAW<br><br>Hon. Judge Omar A. Williams<br><br>**CLASS ACTION** |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT

Plaintiff Samuel Lenorowitz ("Plaintiff"), respectfully moves this Court pursuant to Fed. R. Civ. P. 23 for an entry of Order:

1. Preliminarily approving the Parties' proposed Amended Settlement Agreement as set forth in the Parties' proposed Preliminary Approval Order, attached as Exhibit 6 to the Amended Settlement Agreement.

2. Preliminarily certifying the Settlement class defined in the Amended Settlement Agreement.

3. Approving as to form and content the Notice of the Class Action Settlement (the "Notice") and the Claim form, attached, respectively, as Exhibits 2-5 to the Amended Settlement Agreement.

2

4.     Approving the proposed procedures for dissemination of the Notice in the manner set forth in the proposed Preliminary Approval Order, as being the best notice practicable under the circumstances and in accord with the requirements of due process and Fed R. Civ. P. 23.

5.     Appointing Kroll Group to serve as the Settlement Administrator.

6.     Preliminarily appointing, for settlement purposes only, Ari H. Marcus and Yitzchak Zelman of Marcus & Zelman, LLC to serve as class counsel.

7.     Setting the date of the Final Approval Hearing; and

8.     Establishing deadlines for filing the Motion for Attorneys' Fees, Costs and Service Awards, the Motion for Final Approval of the Settlement, and for Settlement Class Members to request exclusion from or object to the Settlement.

The grounds on which this Motion is based are set forth in the accompanying Memorandum of Law. Accordingly, Plaintiffs respectfully request that this unopposed Motion be granted and that the Court enter the Parties' proposed Preliminary Approval Order.

Respectfully submitted this 4th day of June, 2025.

*s/ Ari H. Marcus*

Ari H. Marcus, Esq.
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
E-Mail: yzelman@MarcusZelman.com

4927-5103-4177v.2